GILBERT v. STATE.

No. 24489.

Court of Criminal Appeals of Texas.

Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of
Austin, for the State.

KRUEGER, Judge.

Appellant was convicted in the County
Court for the offense of drawing and giving a check for $35 on the American National Bank of Austin, Texas, when he did
not have sufficient funds in said bank to
pay said check when it was presented for
payment. Prior to the commission of said
offense, he had been legally convicted of a
like offense. His punishment was assessed

at confinement in the county jail for a period of three months; and from said judgment of conviction, he has appealed to this court.

The record is before us without a statement of facts or bills of exceptions. The information charges the offense in due and regular form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.